UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON MILLER and AUDRIE MILLER,<br><br>  Plaintiffs,<br><br>  v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,<br><br>  Defendants. | NO. CV-10-425-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND ORDER OF DISMISSAL** |

By Stipulation filed January 18, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. (ECF No. 5.) Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal **(ECF No. 5)** is **GRANTED.** The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

2. This file shall be **CLOSED.**

3. All pending motions are **DENIED** as moot.

4. All hearings are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter

ORDER * 1

1  this Order and provide copies to counsel.
2  **DATED** this 19th day of January 2011.
3
4
5                              s/Edward F. Shea
                                EDWARD F. SHEA
6                         United States District Judge
7
Q:\Civil\2010\425.stip.dismiss.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER * 2